# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2467
LT Case No. 2010-CF-000110-A

_____

BERNARD JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Bernard Johnson, Carrabelle, pro se.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.

BOATWRIGHT, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____